RECEIVED
IN LAKE CHARLES, LA.
DEC 04 2015
TONY R. MOORE, CLERK
BY_____
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| DONALD REED BROWN<br>DOC #72493 | CIVIL ACTION NO. 13-cv-2719<br>SECTION P |
| VS. | JUDGE MINALDI |
| WARDEN, AVOYELLES CORRECTIONAL CENTER, a/k/a NATHAN CAIN | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 11) of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections (Rec. Doc. 14) to the Report and Recommendation in the record;

**IT IS ORDERED** that Brown's petition for writ of *habeas corpus* (Rec. Doc. 1) **IS DENIED and DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Motion for Leave to Amend (Rec. Doc. 15) **IS DENIED**.

Lake Charles, Louisiana, on this 3 day of Dec , 2015.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE